No. 97–221. SHERS v. CITY AND COUNTY OF SAN FRANCISCO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–225. SHEA, INDIVIDUALLY AND AS TRUSTEE FOR THE HEIRS OF SHEA, DECEASED v. ESENSTEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–238. MUNIZ v. SOLANO COUNTY. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–242. WEXLER & WEXLER v. RYAN. C. A. 7th Cir. Certiorari denied.

No. 97–243. MUMFORD v. BASINSKI. C. A. 6th Cir. Certiorari denied.

No. 97–246. VICKERS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–247. PLACER COUNTY v. GUTOWSKY. C. A. 9th Cir. Certiorari denied.

No. 97–251. SAACKS v. CITY OF NEW ORLEANS ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 97–252. HUTCHINSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF HUTCHINSON, DECEASED v. PFEIL ET UX. C. A. 10th Cir. Certiorari denied.

No. 97–259. ANSARI v. PAHLAVI ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–261. DILLON ET AL. v. NORTHERN INDIANA COMMUTER TRANSPORTATION DISTRICT ET AL. Ct. App. Ind. Certiorari denied.

No. 97–263. READ v. MEDICAL X-RAY CENTER, P. C. C. A. 8th Cir. Certiorari denied.

No. 97–266. WOODSON v. SCOTT PAPER CO. C. A. 3d Cir. Certiorari denied.

No. 97–267. MYERS v. MOFFITT ET AL. Sup. Ct. N. H. Certiorari denied.